UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 3, 2005

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,         )
                                )
v.                              )
                                )
CAROL ANN MARTIN,               )
                                )
              Defendant.         )

Case No. MAG. 05-0128-GGH

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  CAROL ANN MARTIN , Case No.  MAG.

05-0128-GGH  , Charge  18USC § 641  , from custody subject to the conditions contained in the

attached "Notice to Defendant Being Released" and for the following reasons:

         __    Release on Personal Recognizance

         __    Bail Posted in the Sum of $__

                 __    Unsecured Appearance Bond

                 __    Appearance Bond with 10% Deposit

                 __    Appearance Bond with Surety

                 __    Corporate Surety Bail Bond

                 ✔    (Other)        Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 3, 2005   at  4:20 pm  .

                    By   /s/ Gregory G. Hollows
                         Gregory G. Hollows
                         United States Magistrate Judge

Copy 5 - Court