FILED
July 29, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )    Case No. 2:05-cr-128 LKK
            Plaintiff,    )
v.                        )    ORDER FOR RELEASE OF
                          )    PERSON IN CUSTODY
James Kalfsbeek,          )
                          )
            Defendant.    )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release James Kalfsbeek Case No. 2:05-cr-128 LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_  Release on Personal Recognizance

    \_\_  Bail Posted in the Sum of _____

    _X_  $100,000 Unsecured Appearance Bonds

    \_\_  Appearance Bond with 10% Deposit

    \_\_  Appearance Bond secured by Real Property

    \_\_  Corporate Surety Bail Bond

    _X_  (Other) PTS conditions/supervision

Issued at  Sacramento, CA  on July 29, 2005  at  3:16 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge